

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00780-CR

Israel **ZAPATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7708D
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED to delete the assessment of attorney's fees as court costs. The trial court's judgment is AFFIRMED AS MODIFIED.

The Bexar County District Clerk, Donna Kay McKinney, is ORDERED to delete the assessment of attorney's fees from the bill of costs and to prepare and file a corrected bill of costs in this case.

SIGNED October 8, 2014.

_____
Luz Elena D. Chapa, Justice